CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
FAX: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN LAMAR LEWIS,<br>Defendant. | NO. 25-CR-0391 EMC<br><br>**NOTICE OF DISMISSAL** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Defendant Kevin Lamar Lewis.

DATED: August 26, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Jeff Mitchell (by KJB with permission)*

JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Defendant Kevin Lamar Lewis.

Date: _August 27, 2026_

____________________________
HON. EDWARD M. CHEN
United States District Judge